USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOMAS SZEBENI,

                Petitioner,

-v.-

MOLLIE ISAACSON, in her official capacity as Acting Director of Newark Asylum Office, United States Citizenship and Immigration Services,

                Respondent.

24 Civ. 8759 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

On November 20, 2024, the Court ordered the parties to confer as to whether they consent to proceeding before the designated Magistrate Judge. *See* ECF No. 6. The Court instructed the parties to submit, "**within two weeks of the date on which Respondent enter[ed] an appearance**," either an executed consent form or a joint letter. *See id.* at 1-2 (emphasis in original). Respondent appeared on December 10, 2024. ECF No. 8.

Neither an executed consent form nor a joint letter has been submitted. The parties are directed to comply with the Court's November 20 Order forthwith, and in no event later than **January 17, 2025**.

SO ORDERED.

Dated: January 13, 2025
       New York, New York

                                              *Jennifer H. Rearden*
                                              JENNIFER H. REARDEN
                                              United States District Judge